Opinion filed April 1,
2010




 
 
 
 
 
 
 





                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00075-CV

                                                    __________

 

 THE AMERICAN AIR POWER
HERITAGE MUSEUM, INC., Appellant

 

                                                             V.

 

                  COMMEMORATIVE
AIR FORCE ET AL, Appellees



 

                                   On
Appeal from the 385th District Court

 

                                                          Midland
County, Texas

 

                                                 Trial
Court Cause No. CV-47,250

 



 

                                            M E M O R A N
D U M   O P I N I O N

 

            The
parties have filed in this court an agreed motion to dismiss the appeal.  The
parties state in their motion that all matters in controversy have been
settled.  The motion is granted, and the appeal is dismissed.

 

April 1, 2010                                                                           PER
CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.